JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
LOREN W. COE (State Bar No. 273124)
lwc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC dba
MR. COOPER

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUNG Q. NGUYEN and SALLY H. NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER,<br><br>Defendant. | Case No. 3:20-cv-01227-H-JLB<br>Hon. Marilyn L. Huff<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a); [PROPOSED] ORDER**<br><br>Action Filed June 30, 2020 |

1      Pursuant to Local Rule 7.2, Plaintiffs TRUNG Q. NGUYEN and SALLY H.
2  NGUYEN, individually and on behalf of all others similarly situated (collectively
3  "Plaintiffs") and defendant NATIONSTAR MORTGAGE LLC, d/b/a MR.
4  COOPER ("Nationstar") (collectively "Parties"), by and through counsel, hereby
5  submit this joint motion to transfer venue to the Northern District of California
6  pursuant to 28 U.S.C. § 1404(a).
7      WHEREAS, Plaintiffs commenced the instant action by filing a complaint on
8  June 30, 2020, in the United States District Court for the Southern District of
9  California;
10     WHEREAS, there is a similar action, entitled *Razuki, et al. v. Nationstar*
11 *Mortgage LLC dba Mr. Cooper*, Case No. 3:18-cv-03343-JD, which was filed on
12 June 6, 2018 and which is pending in the Northern District of California;
13     WHEREAS, Kenton Miller previously filed *Miller v. Nationstar Mortgage*
14 *LLC, d/b/a Mr. Cooper*, Case No. 1:18-cv--01181-DAD-BAM in the United Stated
15 District Court, Eastern District of California;
16     WHEREAS, Mr. Miller previously dismissed *Miller* in the Eastern District of
17 California and merged his claims into *Razuki*;
18     WHEREAS, Parties agree that the Hon. James Donato, before whom the
19 *Razuki* action is pending, has spent time on the issues common to this matter and
20 *Razuki*.  Parties agree that it would be more efficient if this action was transferred to
21 the Northern District of California where it could be coordinated with the *Razuki*
22 action; and
23     WHEREAS, counsel for Plaintiffs and Defendant conferred and agree that
24 this matter should be transferred to the Northern District in lieu of further litigation
25 in this District, subject to the terms of this Joint Motion.
26     THEREFORE, IT IS HEREBY AGREED:
27     1.   That this matter should be transferred to the Northern District of
28 California; and

2. No further proceedings shall be had in this Court.

DATED: August 20, 2020    SEVERSON & WERSON
A Professional Corporation


By: _____/s/ Genevieve R. Walser-Jolly_____
　　　　GENEVIEVE R. WALSER-JOLLY

Attorneys for Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER

DATED: August 20, 2020    GIRARD SHARP LLP


By: _____/s/ Adam E. Polk_____
　　　　ADAM E. POLK

Attorneys for Plaintiffs TRUNG Q. NGUYEN and SALLY H. NGUYEN, individually and on behalf of all others similarly situated

**ATTESTATION OF SIGNATURE**

I, Genevieve Walser-Jolly, am the ECF User whose ID and Password were used to electronically file this status report. I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Genevieve Walser-Jolly*
GENEVIEVE WALSER-JOLLY